In the Matter of Margaret Faison, an Infant, by Margaret Faison, Her Guardian ad Litem, Appellant, v. John Devereaux, Respondent.—

706

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.